```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JONATHAN SMALL,

                Plaintiff,        22-cv-738 (JGK)

    - against -                 ORDER

50-50 BRIGHTON FIRST ROAD
APARTMENTS CORP.,

                Defendant.

**JOHN G. KOELTL, District Judge:**

The summons and complaint were served on the defendant on February 7, 2022. Pursuant to Federal Rule of Civil Procedure 12(a), the time to answer was February 28, 2022.

The time to respond to the complaint is extended to **March 29, 2022.** Failure to respond to the complaint by this date could result in default judgment being entered against the defendant.

The plaintiff is directed to serve a copy of this Order on the defendant and to file proof of service by **March 21, 2022.**

SO ORDERED.
Dated:    New York, New York
           March 14, 2022

                                              John G. Koeltl
                                      **United States District Judge**