UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――

JONATHAN SMALL,

                Plaintiff,

    - against -

40-50 BRIGHTON FIRST ROAD APARTMENTS CORP.,

                Defendant.
―――――――――――――――――――――――――――――――

22-cv-738 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by April 15, 2022.

SO ORDERED.

Dated:    New York, New York
           March 30, 2022

                                        John G. Koeltl
                                    United States District Judge