```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

JONATHAN SMALL,

                Plaintiff,        22-cv-738 (JGK)

  - against -              ORDER

40-50 BRIGHTON FIRST ROAD
APARTMENTS CORP.,

                Defendant.

JOHN G. KOELTL, District Judge:

    The conference scheduled for May 4, 2022 is canceled.

SO ORDERED.

Dated:    New York, New York
          April 28, 2022

                                      John G. Koeltl
                              United States District Judge