```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────

**JONATHAN SMALL,**

                Plaintiff,

    - against –

**40-50 BRIGHTON FIRST ROAD APARTMENTS CORP.,**

                Defendant.

22-cv-738 (JGK)

ORDER

─────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

The docket indicates that the parties reached a settlement in mediation. The parties should submit a proposed settlement agreement for the Court's approval by **July 7, 2023**. See Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

**SO ORDERED.**

**Dated:**    New York, New York
           June 16, 2023

                                      /s/ John G. Koeltl
                                          John G. Koeltl
                                United States District Judge