# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**July 21, 2023**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

<u>Re: **Small v. 40-50 Brighton First Road Apartments Corp.**</u>
**Case No. 22-CV-00738 (JGK)(OTW)**
**Motion for Extension of Time**

Dear Judge Koeltl:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the July 21, 2023 deadline for the plaintiff to file a motion for settlement approval to July 28, 2023. This request is being made because it appears that Defendants require some additional time to arrange for execution of the settlement agreement. One prior request for an extension of this deadline was made and granted.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

<u>/s/ Abdul Hassan</u>
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:    **Defense Counsel via ECF**

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl U.S.D.J.
7/24/23