UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JONATHAN SMALL,

                Plaintiff,

    - against -                      22-cv-738 (JGK)

40-50 BRIGHTON FIRST ROAD APARTMENTS    ORDER
CORP.,

                Defendant.

---

JOHN G. KOELTL, District Judge:

    The parties are reminded to submit a stipulation of discontinuance with prejudice. (See ECF No. 32.) The parties shall do so by **August 14, 2023**.

SO ORDERED.

Dated:    New York, New York
            August 10, 2023

                                            John G. Koeltl
                                       United States District Judge