# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**　　　　　　　　　　　　　　　　　　　　　　　Tel: 718-740-1000
Email: abdul@abdulhassan.com　　　　　　　　　　　　　　　　　　　　Fax: 718-740-2000
*Employment and Labor Lawyer*　　　　　　　　　　　　　　　　　　Web: www.abdulhassan.com

**August 14, 2023**

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

```
Application granted. SO ORDERED.

New York, NY           /s/ John G. Koeltl
August 15, 2023        John G. Koeltl, U.S.D.J.
```

**Re: Small v. 40-50 Brighton First Road Apartments Corp.**
　　　Case No. 22-CV-00738 (JGK)(OTW)
　　　Motion for Extension of Time

Dear Judge Koeltl:

　　　My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 30-day extension of the August 14, 2023 deadline for the plaintiff to file a stipulation of dismissal. This request is being made because we have not yet received the settlement payments – we received the payment from third-party Defendant TKR Property Services, Inc. and we are awaiting the payment from Defendant 40-50 Brighton First Road Apartments Corp. which is due on or before September 7, 2023. No prior request for an extension of this deadline was made.

　　　I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

　/s/ Abdul Hassan＿＿＿＿＿＿＿
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:　　　Defense Counsel via ECF