# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

September 13, 2023

**Via ECF**

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

Re: **Small v. 40-50 Brighton First Road Apartments Corp.**
**Case No. 22-CV-00738 (JGK)(OTW)**
**Motion for Extension of Time**

Dear Judge Koeltl:

      My firm represents plaintiff in the above-referenced action, and I respectfully write to request a 2-week extension of the September 13, 2023 deadline for the plaintiff to file a stipulation of dismissal. This request is being made because we have not yet received the full settlement payments – we are still awaiting some of the settlement payments from Defendant 40-50 Brighton First Road Apartments Corp. which were due on or before September 7, 2023. One prior request for an extension of this deadline was made and granted.

      I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**    **Defense Counsel via ECF**

*[Handwritten: Application granted. No further extensions. So ordered. /s/ JGKoeltl U.S.D.J. 9/14/23]*