# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**Abdul K. Hassan, Esq.**
Email: abdul@abdulhassan.com
*Employment and Labor Lawyer*

Tel: 718-740-1000
Fax: 718-740-2000
Web: www.abdulhassan.com

**September 28, 2023**

Via ECF

Hon. John G. Koeltl, USDJ
United States District Court, SDNY
500 Pearl Street, Courtroom: 12B
New York, NY 10007-1312
Tel: 212-805-0222

<u>Re: Small v. 40-50 Brighton First Road Apartments Corp.</u><br>
Case No. 22-CV-00738 (JGK)(OTW)<br>
<b>Motion for Extension of Time</b>

Dear Judge Koeltl:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to request a brief one-week extension of the September 28, 2023, deadline for the plaintiff to file a stipulation of dismissal. This request is being made because we have not yet received the full settlement payments – defense counsel represented today that the checks are being mailed to my office and should be delivered in the next day or so. Two prior requests for an extension of this deadline were made and granted.

    I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

/s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**   **Defense Counsel via ECF**

---

*Handwritten annotation:*
Application granted.
No further extensions.
So ordered.
/s/ Koeltl
9/29/23  U.S.D.J.